+RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Christopher Balodimas

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-257-JCM-GWF |
| Plaintiff, | **\*AMENDED\* STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (First Request) |
| CHRISTOPHER BALODIMAS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Linda Mott, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Christopher Balodimas, that the Sentencing Hearing currently scheduled on February 21, 2019 at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. The parties were provided a sentencing date that puts the presentence investigation report to be disclosed in three weeks. Unfortunately, given the holidays, defense counsel and probation are not able to schedule the presentence investigation report until about

2 ½ weeks. Counsel also needs additional time to review the report and address any issues informally with the probation office prior to filing a sentencing memorandum.

2. The additional requested time will permit the parties sufficient time to conduct the interview, for probation to complete the report, and for defense counsel to obtain mitigation documents to provide probation in advance of the report disclosure date.

3. The defendant is in custody and does not oppose a continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 20th day of December, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Linda Mott*<br>By_____<br>LINDA MOTT<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER BALODIMAS,<br><br>　　　　Defendant. | Case No. 2:18-cr-257-JCM-GWF<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Thursday, February 21, 2019 at 10:00 a.m., be vacated and continued to March 21, 2019 at the hour of 10:00 a.m.; or to a time and date convenient to the court.

　　DATED December 21, 2018.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE