RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Christopher Balodimas

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER BALODIMAS,<br><br>　　　　　Defendant. | Case No. 2:18-cr-257-JCM-GWF<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Third Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Linda Mott, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Christopher Balodimas, that the Sentencing Hearing currently scheduled on April 16, 2019 at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than fourteen (14) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Defense counsel will be out of the jurisdiction on the currently scheduled sentencing hearing date.

2. Additionally, defense counsel requires more time to meet and confer with Mr. Balodimas regarding the PSR and formal objections.

3. The defendant is in custody and does not oppose a continuance.

4. The parties agree to the continuance.

This is the third request for a continuance of the sentencing hearing.

DATED this 1st day of April, 2019.

| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Linda Mott*<br>By_____<br>LINDA MOTT<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

CHRISTOPHER BALODIMAS,

    Defendant.

Case No. 2:18-cr-257-JCM-GWF

**ORDER**

    IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Tuesday, April 16, 2019 at 10:00 a.m., be vacated and continued to __May 2, 2019__ at the hour of __10:00 a__.m.; or to a time and date convenient to the court.

    DATED this __4th__ day of April, 2019.

_____
UNITED STATES DISTRICT JUDGE