NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
LINDA MOTT
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Linda.J.Mott@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER BALODIMAS,<br><br>Defendant. | Case No. 2:18-cr-257-JCM-GWF<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Linda Mott, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Christopher Balodimas, that the Sentencing Hearing currently scheduled on May 2, 2019 at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than fourteen (14) days.

///

///

///

This Stipulation is entered into for the following reasons:

1. Counsel for the Government is unavailable on May 2, 2019, as she will be out of state.

2. The sentencing of Defendant Balodimas will involve one disputed matter.

3. Defense counsel does not object to this continuance.

4. The defendant is in custody and does not oppose a continuance.

5. The parties agree to the continuance.

This is the fourth request for a continuance of the sentencing hearing.

DATED this 24th day of April, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Linda Mott*<br>By_____<br>LINDA MOTT<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER BALODIMAS,<br><br>　　　　　Defendant. | Case No. 2:18-cr-257-JCM-GWF<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Thursday, May 2, 2019 at 10:00 a.m., be vacated and continued to _Friday, May 24, 2019_ at the hour of 10:30 a.m.

   DATED April 25, 2019.

　　　　　　　　　　　　　　　　*James C. Mahan*
　　　　　　　　　　　　　　　　HON. JAMES C. MAHAN
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3